**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION**

| | | |
|---|---|---|
| Justin Silverman, | ) | **CA No.**   2:16-cv-3686-RMG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| National Board of Medical Examiners, | ) | |
| | ) | PLAINTIFF'S RULE 26.01 RESPONSES |
| Defendant. | ) | |
| | ) | |
| | ) | |

A. State the full name, address, and telephone number of all persons or legal entities who may have a subrogation interest in each claim and state the basis and extent of said interest.

RESPONSE:  None.

B. As to each claim, state whether it should be tried jury or non-jury and why.

RESPONSE:   Non-jury in that neither party has demanded a jury trial as yet..

C. State whether the party submitting these responses is a publicly owned company and separately identify.  (1) each publicly owned company of which it is a parent, subsidiary, partner, or affiliate; (2) each publicly owned company which owns ten percent or more of the outstanding shares or other indicia of ownership of the party; and (3) each publicly owned company in which the party owns ten percent or more of the outstanding shares.

RESPONSE:  The Plaintiff is an individual.

D. State the basis for asserting the claim in the division in which it was filed (or the basis of any challenge to the appropriateness of the division).

   RESPONSE:  The Plaintiff is a medical student at the Medical University of South Carolina.  Plaintiff resides in Charleston County, South Carolina.  Plaintiff has applied for testing conducted by the Defendant in Charleston County, South Carolina. Defendant conducts substantial business in Charleston County, South Carolina, and is within the jurisdiction of this Court.

E. Is this action related in whole or in part to any other matter filed in this District, whether civil or criminal?  If so, provide : (1) a short caption and the full case number of the related action; (2) an explanation of how the matters are related; and (3) a statement of the status of the related action.  Counsel should disclose any cases which may be related regardless of whether they are still pending.  Whether cases are related such that they should be assigned to a single judge will be determined by the Clerk of Court based on a determination of whether the cases: arise from the same or identical transactions, happenings, or events; involve the identical parties or property; or for any other reason would entail substantial duplication of labor if heard by different judges.

   RESPONSE:  No.

              GIBBS & HOLMES

              S/Allan R. Holmes
              Allan R. Holmes, Federal I.D. #1925
              Timothy O. Lewis, Federal I.D. #9864
              Suite 110, 171 Church Street
              Charleston, South Carolina 20401
              Phone: (843) 722-0033
              Facsimile:  (843) 722-0114

November 18, 2016       ATTORNEYS FOR THE PLAINTIFF