AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Justin Silverman <br><br> _____ <br> *Plaintiff(s)* <br> v. <br><br> National Board of Medical Examiners <br><br> _____ <br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br>   Civil Action No.  2:16-cv-3686-RMG |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  National Board of Medical Examiners, 3750 Market St, Philadelphia, PA 19104
Phone: (215) 590-9500

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Allan R. Holmes, Gibbs & Holmes, Suite 110, 171 Church Street, Charleston, South Carolina 29401

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Robin L. Blume
*CLERK OF COURT*

Date:    November 21, 2016            s/Sandra Shealy
                          _____
                            *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

### PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _National Board of Medical Examiners_

was received by me on *(date)* _Nov. 22, 2016_ .

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* _Patricia M. Weaver (paralegal)_ , who is

designated by law to accept service of process on behalf of *(name of organization)* _National Board_

_of Medical Examinees_ on *(date)* _Nov 22, 2016_ ; or
_11:44am_

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _0.00_ .

I declare under penalty of perjury that this information is true.

Date: _Nov 23, 2016_   _____
                                          *Server's signature*

_Russell D'Alonzo // Process Server_
*Printed name and title*

It's DONE! Courier
Rely On Us. Be Confident. It's DONE!
525 S. 4th Street, Suite 305
Philadelphia, PA 19147
215.925.DONE! (3663)
*Server's address*

Additional information regarding attempted service, etc:



DOCUMENTS SERVED: **SUMMONS IN A CIVIL ACTION, COMPLAINT WITH EXHIBITS, MOTION TO FILE DOCUMENTS UNDER SEAL, MOTION FOR PRELIMINARY INJUNCTION, MEMORANDUM IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION WITH EXHIBITS.**