IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| Justin Silverman, | ) | Civil Action No.  2:16-cv-3686-RMG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | NOTICE OF APPEARANCE |
| National Board of Medical Examiners | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

    PLEASE TAKE NOTICE THAT the undersigned hereby enters her appearance as counsel of record for Defendant National Board of Medical Examiners in this action.  She respectfully requests that her appearance be entered as counsel of record for this Defendant, and that she in the future receive copies of any and all notices, pleadings, discovery, motions, orders and any other documents relating to this matter.

                              NELSON MULLINS RILEY & SCARBOROUGH LLP

                              By: s/SUE ERWIN HARPER
                                  Sue Erwin Harper
                                  Federal Bar No. 737
                                  E-Mail: corky.harper@nelsonmullins.com
                                  1320 Main Street / 17th Floor
                                  Post Office Box 11070 (29211-1070)
                                  Columbia, SC  29201
                                  (803) 799-2000

                              Attorneys for Defendant National Board of Medical Examiners

Columbia, South Carolina
December 5, 2016