IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| JUSTIN SILVERMAN | ) | |
| | ) | |
| | ) | Civil Action No. 2:16-cv-03686-RMG |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **NOTICE OF FILING** |
| | ) | **AFFIDAVIT OF SERVICE** |
| NATIONAL BOARD OF MEDICAL EXAMINERS | ) ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

Attached hereto, please find the Affidavit of Service of Ronald Phan, a process server in Washington, D.C., that attests to the service of documents on Defendant in this action.

> S/Allan R. Holmes
> Allan R. Holmes, Federal I.D. #1925
> Cheryl H. Ledbetter, Federal I.D. #11446
> Suite 110, 171 Church Street
> Charleston, South Carolina 20401
> Phone: (843) 722-0033
> Facsimile: (843) 722-0114
>
> ATTORNEYS FOR PLAINTIFF

December 8, 2016

1

## AFFIDAVIT OF SERVICE

| Case:<br>2:16-CV-3686-RMG | Court:<br>United States District Court for the District of South Carolina | County:<br>SC | Job:<br>1134153 |
|---|---|---|---|
| Plaintiff / Petitioner:<br>Justin Silverman | | Defendant / Respondent:<br>National Board of Medical Examiners | |
| Received by:<br>One Source Process, Inc. | | For:<br>Gibbs & Holmes | |
| To be served upon:<br>National Board of Medical Examiners of the United States of America c/o CT Corporation System | | | |

I, Ronald Phan, being duly sworn, depose and say: I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to make service of the documents and informed said person of the contents herein

**Recipient Name / Address:** Francisco Hernández, CT Corporation System: 1015 15th St. NW, Suite 1000, Washington, DC 20005
**Manner of Service:** Authorized, Dec 5, 2016, 2:04 pm EST
**Documents:** 1)Summons, 2)Complaint, 3)Motion for preliminary injunction, 4)Memorandum, 5)Motion to file under seal and attachments (Received Dec 5, 2016 at 1:12pm EST)

**Additional Comments:**
1) Successful Attempt: Dec 5, 2016, 2:04 pm EST at CT Corporation System: 1015 15th St. NW, Suite 1000, Washington, DC 20005 received by Francisco Hernández. Age: 35; Ethnicity: Hispanic; Gender: Male; Weight: 220; Height: 5'10"; Hair: Black; Eyes: Brown; Other: Title: Authorized Agent. Other:Glasses, gray dress shirt, black slacks, and black dress shoes.;

Ronald Phan                12/5/16
                           Date

One Source Process, Inc.
1801 18th St NW 2nd Floor
Washington, DC 20009
202-459-4760