# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| JUSTIN SILVERMAN, | ) |
| **Plaintiff,** | ) |
| v. | ) Case No. 2:16-cv-3686-RMG |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | ) |
| **Defendant.** | ) |

## NBME'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Pursuant to Fed. R. Civ. P. 12(b)(2) and Local Rule 7.01 DSC, defendant National Board of Medical Examiners ("NBME") hereby moves to dismiss the complaint in this action for lack of personal jurisdiction. Pursuant to Local Rule 7.04 DSC, the grounds for this motion are set forth more fully in the accompanying memorandum of law.

WHEREFORE NBME respectfully requests that this case be dismissed for lack of personal jurisdiction.

27741919.1

- 2 -

Dated:   December 8, 2016                              Respectfully submitted,


                /s/ SUE ERWIN HARPER
Sue Erwin Harper
Fed. ID No. 737
**Nelson Mullins Riley & Scarborough LLP**
Liberty Center, Suite 600
151 Meeting Street
Charleston, SC 29401
Tel: 843.534.5200
Fax: 843.534.8700
corky.harper@nelsonmullins.com

Counsel for Defendant NBME