IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| Justin Silverman, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 2:16-cv-03686-RMG |
| ) | |
| National Board of Medical Examiners, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## DECLARATION OF STEVEN G. ZECKER, PH.D.

1. My name is Steven G. Zecker. I am over 18 years of age and, unless otherwise stated, I have personal knowledge of the matters addressed herein.

2. I am a licensed clinical psychologist. I am also an associate professor at Northwestern University, where I have recently taught or am currently teaching courses on, among other things, "Psychoeducational Assessment and Testing Principles" and "Attention Deficit Disorder and Related Behavior Disorders." I served as supervisor in the learning disabilities diagnostic clinic at Northwestern, and I continue to oversee clinical practice there. A true and correct copy of my curriculum vitae is attached at Tab A.

3. I routinely engage in research and scholarship involving neuropsychological functioning of individuals with known or suspected neurodevelopmental conditions, particularly learning disabilities (LD) and Attention Deficit-Hyperactivity Disorder (ADHD).

4. I have served for more than ten years as an independent professional reviewer for organizations that administer or rely upon standardized tests, in connection with requests for testing accommodations by prospective examinees that are based, at least in part, on an ADHD

or LD diagnosis. For each of these organizations, my objective is to provide a neutral, professionally sound evaluation of whether the documentation submitted by the prospective examinee in support of the accommodations request demonstrates the existence of one or more impairments, diagnosed in accordance with applicable professional standards, that result in substantial functional limitations in the candidate's ability to read, learn, or perform other major life activities, as compared to most people in the general population.

5. I was asked by NBME to do an independent review of the materials that Justin Silverman submitted to NBME in support of his request for testing accommodations on Step 1 of the USMLE. I prepared a report for NBME based on my review of this information. A true and correct copy of my October 10, 2016 letter report is attached at Tab B. I have reviewed this report and reaffirm my belief in the opinions expressed therein.

I declare under penalty of perjury that the foregoing is true and correct. Executed on December 2, 2016.

_____