# TAB A

## CURRICULUM VITAE

**NAME:**    Steven G. Zecker

**UNIVERSITY ADDRESS:**

Northwestern University
The Roxelyn and Richard Pepper Department of Communication Sciences and Disorders
The Frances Searle Building
2240 Campus Drive #2-331
Evanston, Illinois  60208-3560
(847) 491-2477
e-mail:  zecker@northwestern.edu

**CURRENT POSITION:**

Associate Professor of Communication Sciences and Disorders

**EDUCATION:**

| B.A. | 1974 | The University of Michigan | Sociology and Psychology |
| M.A. | 1978 | Wayne State University | Psychology (Cognitive Processes) |
| Ph.D. | 1981 | Wayne State University | Psychology (Cognitive Processes) |

Certification: Illinois Registered Clinical Psychologist #071-003595

## PROFESSIONAL EXPERIENCE

| | |
|---|---|
| 1974 | Teaching Fellow, Psychology, The University of Michigan |
| 1976 | Instructor, Psychology, Wayne State University |
| 1975-1980 | Graduate Assistant, Psychology, Wayne State University |
| 1980-1981 | Visiting Instructor, Psychology, Hamilton College |
| 1981-1983 | Visiting Assistant Professor, Psychology, Hamilton College |
| 1983-1985 | Visiting Assistant Professor, Psychology, Colgate University |
| 1985-1991 | Assistant Professor, Department of Communication Sciences and Disorders, Northwestern University |
| 1991-Present | Associate Professor, Department of Communication Sciences and Disorders, Northwestern University |

## AWARDS

High Distinction, The University of Michigan, 1974
National Institute of Mental Health Traineeship, 1975-1978

**AWARDS (continued)**

Psi Chi Distinguished Service Award, 1983

Clarence Simon Excellence in Teaching Award, Northwestern University, 2010

## RESEARCH GRANTS RECEIVED

Identifying Specific Deficits Among "Garden Variety" Poor Readers: A Pilot Study, Northwestern University Research Grants Committee (4/1/91-3/31/92) with Joanne Carlisle.  Total amount of grant: $700.

Auditory Assessment with AEPs in Children. National Institutes of Health (7/1/93 to 6/30/96) Co-Investigator (with N. Kraus (PI), T. McGee and T. Carrell). Total amount of grant: $756,878. Renewal.  Funded 01/97-12/00.  Second renewal 1/01 to 12/03.

Neural Representation of Acoustic Elements of Speech. National Institutes of Health (7/1/02 to 6/30/06) Co-Investigator (PI: N. Kraus). Total amount of grant: $2,860,508.

Reformulating Hearing Assessment: Translating Recent Discoveries Through a Large-Scale Study in the Audiology Clinic.  National Institutes of Deafness and Other Communication Disorders (3/1/07 to 2/28/12) Co-Investigator (P.I.: S. Dhar). Total amount of grant: $2,983,904.

NIH Toolbox for Assessment of Behavioral and Neurological Function.  National Institutes of Health (10/1/06 to 9/30/11) Consultant and Steering Committee Member (P.I.: R. Gershon)

A Preschool Biomarker for Literacy. National Institutes of Child Health and Human Development (04/01/12 to 03/31/17). Co-Investigator (P.I.: N. Kraus)

## EDITORIAL RESPONSIBILITIES

Editorial Board,  Learning Disabilities: Research and Practice

Ad hoc Reviewer,  Brain and Language

Ad hoc Reviewer,  Journal of Reading Behavior

Ad hoc Reviewer,  Reading and Writing

Ad hoc Reviewer,  American Educational Research Journal

Ad hoc Reviewer, Journal of Speech, Language and Hearing Research

Ad hoc Reviewer, Journal of Medical Screening

## PUBLICATIONS: SELECTED ARTICLES

Zecker,  S.G. and Glaros, A.G. (1983). Validation of a proper control for subvocal electromyographic minimization paradigms. Journal of General Psychology, 107, 297-298.

Zecker, S.G., Tanenhaus, M.K., Glaros, A.G., & Whitman, R.D. (1984). Subvocal motor activity and contextual processing. Journal of Psycholinguistic Research, 13(3), 177-193.

Zecker, S.G., & DuMont, M. (1984). A shift from phonological recoding to direct access in reading as a result of previous exposure. Journal of Reading Behavior, 16(2), 145-158.

Zecker, S.G., Tanenhaus, M.K., Alderman, L., & Siqueland, L. (1986). Laterality of lexical codes in auditory word recognition. Brain and Language, 29, 372-389.

Zecker, S.G., & Zinner, T.E. (1987). Semantic code deficit for reading disabled children on an auditory lexical decision task. Journal of Reading Behavior, 19(2), 177-189.

Zecker, S.G. (1990). Visual similarity effects in detecting letter rhymes. Journal of General Psychology, 117(2), 171-179.

Driscoll, M.S., & Zecker, S.G. (1991). Attention deficit disorder (ADD): Are there subtypes? Learning Disabilities, 2(2), 52-63.

Zecker, S.G. (1991). Orthographic code development in normally achieving and learning disabled children. Annals of Dyslexia, 41, 178-192.

Trommer, B.L., Hoeppner, J.B., & Zecker, S.G. (1991). The go no-go test in attention deficit disorder (ADD) is sensitive to methylphenidate. Journal of Child Neurology, 6(Suppl.), 128-131.

Kraus, N., McGee, T. J., Carrell, T. D., Zecker, S. G., Nicol, T. B., & Koch, D. B. (1996). Auditory neurophysiologic responses and discrimination deficits in children with learning problems. Science, 273, 971-973.

Smith, C., Logemann, J., Burghardt, W., Carrell, T., & Zecker, S. G. (1997). Oral sensory discrimination of fluid viscosity. Dysphagia, 12, 68-73.

Tremblay, K., Kraus, N., McGee, T., & Zecker, S. (1998 June). The time course of auditory learning: Neurophysiologic changes during speech-sound training. Proceedings of the 16 International Congress on Acoustics, 2023-2024.

Bowen, R.W., Wright, B.A., Zecker, S.G. & Rudden, D. (1999). Temporal pattern-masking functions in dyslexic and normal observers. Investigative Ophthalmology and Visual Science, 40, 533.

Bowen, R., Wright, B., & Zecker, S.G. (1999). Dyslexic observers show a backward time shift in masking of patterns of low spatial frequency. In Vision Science and Its Applications, O.S.A. Technical Digest (Optical Society of America, Washington, D.C.), 161-164.

Bradlow, A.R., Kraus, N., Nicol, T., McGee, T., Cunningham, J, Zecker, S.G. & Carrell, T. (1999). Effect of lengthened formant transition duration on discrimination and representation of CV syllables by normal and learning disabled children. Journal of the Acoustical Society of America, 104(4), 2086-2096.

Wright, B.A., Bowen, R.W. & Zecker, S.G. (2000). Nonlinguistic perceptual deficits associated with reading and language disorders. Current Opinion in Neurobiology, 10, 482-486.

Zecker, S.G. (2000) Underachievement and learning disabilities in children who are gifted. Talent Development, Spring, 18-23.

Cunningham, J., Nicol, T., Zecker, S. & Kraus, N. (2000) Speech-evoked neurophysiologic responses in children with learning problems: Development and behavioral correlates of perception. Ear and Hearing, 21(6), 554-568.

Hemmer, S.A., Pasternak, J.F., Zecker, S.G. & Trommer, B.L. (2001). Stimulant therapy and seizure risk in children with ADHD. Pediatric Neurology, 24(2), 99-102.

Bowen, R.W., Wright, B.A. & Zecker, S.G. (2001). Pattern masking deficits associated with dyslexia: An analysis of psychometric functions, in Vision Science and Its Applications, OSA Technical Digest (Optical Society of America, Washington, D.C.), 60-63.

Cunningham, J., Nicol, T., Zecker, S.G., Bradlow, A. & Kraus, N. (2001). Neurobiologic responses to speech in noise in children with learning problems: Deficits and strategies for improvement. Clinical Neurophysiology, 112, 758-767.

Cunningham, J., Nicol, T., King, C., Zecker, S.G. & Kraus, N (2002).  Effects of noise and cue enhancement on neural responses to speech in auditory midbrain, thalamus and cortex. Hearing Research, 169, 97-111.

Hayes, E.A., Warrier, C.M., Nicol, T.G., Zecker, S.G. & Kraus, N. (2003). Neural plasticity following auditory training in children with learning problems.  Clinical Neurophysiology, 113 , 1-12.

Wright, B.A., Zecker, S.G. & Reid, M.D. (2003). Learning problems, delayed perceptual development, and puberty.  The Journal of the Acoustical Society of America, 113, 4(2), 2208.

Zecker,  S. G. (2004). Attention-deficit/hyperactivity disorder: Information for school-based practitioners .  Neurophysiology and Neurogenic Speech and Language Disorders, October, 8-14.

Wright, B. A. and Zecker,  S. G. (2004).  Learning problems, delayed development, and puberty. Proceedings of the National Academy of Sciences USA, 101(26), 9942-9946.

Banai,  K., Nicol, T., Zecker,  S. G. & Kraus, N (2005).  Brainstem timing: Implications for cortical processing and literacy. Journal of Neuroscience, 25(43), 9850-9857.

Russo, N., Nicol, T., Zecker, S. G., Hayes, E. & Kraus, N. (2005) Auditory training improves neural timing in the human brainstem. Behavioural Brain Research, 156, 95-103.

Smith, C.H., Logemann, J.A., Burghardt, W. R., Zecker, S.G. & Rademaker, A.W. (2006) Oral and    oropharyngeal perceptions of fluid viscosity across the age span.  Dysphagia 21(4), 209-217.

Vogel, S.A., Leyser,  Y., Burgstahler, S., Sligar, S. R. & Zecker, S. G. (2006).  Faculty knowledge    and practices regarding students with disabilities in three contrasting institutions of higher education.  Journal of Postsecondary Education and Disability, 18(2), 109-123.

Wright, B. & Zecker, S.G. (2006)   Learning problems, delayed development and puberty. American    Association of Child and Adolescent Psychiatry Proceedings, 44.

Abrams, D.A., Nicol, T., Zecker, S.G. & Kraus, N. (2007)  Auditory brainstem timing predicts cerebral asymmetry for speech. The Journal of Neuroscience, 26, 11131-11137.

Johnson, K.L., Nicol, T.G., Zecker, S.G. & Kraus, N. (2007) Auditory brainstem correlates of perceptual timing deficits. Journal of Cognitive Neuroscience, 19, 376-385.

Russo, N.M., Bradlow, A.R., Skoe, E., Trommer, B.L., Nicol, T, Zecker, S.G. & Kraus, N. (2008).    Deficient brainstem encoding of pitch in children with autistic spectrum disorders. Clinical    Neurophysiology, 119(8), 1720-1731.

Johnson, K.L., Nicol, T. Zecker, S.G., Bradlow, A.R., Skoe, E. & Kraus, N. (2008). Brainstem encoding of voiced consonant-vowel stop syllables.  Clinical Neurophysiology, 119(11), 2623-2635.

Abrams, D., Nicol, T. Zecker, S.G. & Kraus, N. (2008). Right-hemisphere auditory cortex is dominant for coding syllable patterns in speech. Journal of Neuroscience, 28(15), 3958-3965.

Banai, K., Hornickel, J., Skoe, E., Nicol, T., Zecker, S. & Kraus, N. (2009). Reading and subcortical auditory function. Cerebral Cortex, 19(11), 2699-2707.

Russo, N., Zecker, S., Trommer, B., Chen, J. & Kraus, N. (2009).  Effects of background noise on cortical encoding of speech in autism spectrum disorders.  Journal of Autism and Developmental Disorders, 39(8), 1185-1196.

Abrams, D., Nicol, T., Zecker, S. & Kraus, N. (2010).  Rapid acoustic processing in the auditory brainstem is not related to the cortical asymmetry for the syllable rate of speech.  Clinical Neurophysiology, 121(8), 1343-1350.


Anderson S, Skoe E, Chandrasekaran B, Zecker S, Kraus N. (2010) Brainstem correlates of speech-in-noise perception in children. Hearing Research. 270:151-157.

Hornickel J, Chandrasekaran B, Zecker S, Kraus N. (2010) Auditory brainstem measures predict reading and speech-in-noise perception in school-aged children. Behavioural Brain Research. 216: 597-605.

Russo NM, Hornickel J, Nicol T, Zecker S, and Kraus N. (2010) Biological changes in auditory function following training in children with autism spectrum disorders. Behavioral and Brain Functions 6:60.

Abrams D, Nicol T, Zecker S, Kraus (2011) A possible role for a paralemniscal auditory pathway in the coding of slow temporal information. Hearing Research, 272, 125-134.

Hornickel J, Chandrasekaran B, Zecker S, Kraus N. (2011) Auditory brainstem measures predict reading and speech-in-noise perception in school-aged children. Behavioural Brain Research, 216, 597-605.

Hornickel J, Zecker S, Bradlow A, Kraus N. (2012) Assistive listening devices drive neuroplasticity in children with dyslexia. Proceedings of the National Academy of Sciences, 109(41): 16731–16736.

Lee, J, Dhar, S, Abel, R, Banakis, R, Grolley, E, Zecker, S & Siegel, J (2012)    Behavioral hearing thresholds between 0.125 and 20 kHz measured using a clinically-viable calibration measure. Ear and Hearing, 33 (3), 315-329.

Zecker, SG, Hoffman, H, Frisina, R, Dubno, J, Dhar, S, Wallhagen, M, Kraus, N, Griffith, J, Walton, J, Eddins, D, Newman, C, Victorson, D, Warrier, C., & Wilson, R. (2013) Audition assessment using the NIH Toolbox. Neurology 80, Suppl 3, 1-4.

Rogus-Pulia, N, Pierce, M, Mittal, B, Zecker, S & Logemann, J (2014) Changes in swallowing physiology and patient perception of swallowing function following chemoradiation for head and neck cancer. Dysphagia, 29(2), 223-233.

Rogus-Pulia, N, Pierce, M, Mittal, B, Zecker, S & Logemann, J (2015) Bolus effects on patient awareness of swallowing difficulty and swallow physiology after chemoradiation for head and neck cancer. Head and Neck, 37(8), 1122-1129.

White-Schwoch, T, Carr, K, Thompson, E, Anderson, S, Nicol, T, Bradlow, AR, Zecker, SG, & Kraus, N (2015) Auditory processing in noise: A preschool biomarker for literacy. PLOS Biology, 10.1371/journal.pbio.1002196.

Nativ-Zeltzer, N, Logemann, JA, Zecker, SG & Kahrilas, PJ (2016) Pressure topography metrics for high-resolution pharyngeal-esophageal manofluorography—a normative study of younger and older adults. Neurogastroenterology and Motility, 26, 1-11.

## PUBLICATIONS: BOOK CHAPTER

Johnson, D.J., & Zecker, S.G. (1991). Visual processing and dyslexia. In J. Stein, (Ed.), Vision and

visual dysfunction, Vol. 13. London: MacMillan.

## PRESENTATIONS: INVITED (LAST 15 YEARS)

(2001). Listening learning and the brain: Auditory processing in exceptional children. At Illinois Branch of the International Dyslexia Association, Oak Brook, IL.

(2002) Doubly exceptional: Learning and attention problems in children who are gifted. At Center for Talent Development Lecture Series, Northwestern University, Evanston, IL

(2002) Attention-Deficit/Hyperactivity Disorder and Related Behavior Disorders of Childhood and Adolescence: Identification, Diagnosis and Treatment. At the International Conference on Special Education, Taipei, Taiwan, Republic of China.

(2002) Attention-Deficit/Hyperactivity Disorder in the Classroom. At Chia-Yi National University, Chia-Yi, Taiwan, Republic of China.

(2003) Diagnosis and Treatment of ADHD in College-Age Students. Keynote Speaker at South Suburban College Faculty Development Day, South Holland, Illinois.

(2003) Auditory Processing and Listening Comprehension Disorders: Diagnosis and Treatment. At the International Conference on Special Education, Taipei, Taiwan, Republic of China.

(2003) Mathematics Disorder in Children: Deficient Processes Underlying Learning. At Swiss-German International School, Hong Kong.

(2004). Approaches in the identification of learning disabilities and their implications. At Escuela Lincoln, San Isidro, Buenos Aires, Argentina.

(2004). Planning in-school accommodations for children with attention-deficit/hyperactivity disorder. At Belgrano Day School, Buenos Aires, Argentina.

(2004). Mathematics disabilities: Procedural and retrieval deficits. At Hyde Park Day School, Chicago, Illinois.

(2006) Learning problems, delayed development and puberty. At the Annual Meeting of the American Association of Child and Adolescent Psychiatry and Asociacion Mexicana de Psiquiatria Infantil, San Diego, CA, October    2006. (with B.A. Wright)

(2006) Underachievement and Twice-Exceptional Children. At Northwestern University Center for    Talent Development *Opportunities for the Future Conference,* Evanston, Illinois.

(2008) Listening and Literacy: A Biological Marker of Auditory Processing. At The Center for Research in Speech and Language Processing, Chulalongkorn University, Bangkok, Thailand, August 2008.

(2008) Brainstem Transcription of Speech in Autism Spectrum Disorder. At International Meeting for Autism Research, London, UK, May. (with N. Russo et al).

(2008) Mathematics Disabilities: Underlying Causes and Effective Interventions. Keynote speech at Association of Educational Therapists Conference, Chicago, February.

(2008) BioMARK: A Biological Marker for Auditory Processing Disorder. At Nebraska Speech-Language Hearing Association Annual Convention, Kearney, NE, October.

(2010) Technology to Enhance Differentiation. At Chicago Public Schools Meaningful Science Consortium Showcase, Evanston, IL, February.

(2010) AHDH in High School Students who are Gifted. At Northside Preparatory High School, Chicago, IL, February.

(2011) <u>Mathematics Disability in the Early Years: Assessment and Intervention.</u> At Learning Disabilities Association Conference, Jacksonville, FL, February.

(2011) <u>Classroom FM System Use and Reading Disorders: Biological and Learning Outcomes</u> (with J. Hornickel and N. Kraus) at Educational Audiology Association Annual Meeting, Nashville, TN, August.

(2014) <u>The New DSM-5: Implications for Diagnosis and Remediation of Neurodevelopmental Disorders.</u> At American Educational Therapists Conference, Chicago, April.

(2015) <u>Support for Children with Learning Challenges in Early Childhood.</u> At Learning Disabilities Association Conference, Chicago, February.

(2015) <u>How and Why We Need to Assess Reading for Children with Speech and Language Impairment.</u> At Innovations in Science and Practice Conference, Evanston, Illinois, April.

(2015) <u>Anxiety Disorders and Testing Accommodations Requests: Is the Emperor Wearing Any Clothes?</u> At Twelfth Annual Testing Agencies Disability Forum, Bloomington, MN, September.

(2015) <u>Best Practice:   Assessment of Reading and Reading-Related Processes in Children with Language Impairment.</u> At Chicago Public Schools, Chicago, November.


## PRESENTATIONS: CONTRIBUTED (LAST 15 YEARS)

(2000). <u>Doubly exceptional: Children who are gifted and have learning disabilities</u>. At Illinois Association for Gifted Children, Chicago, IL.

(2000). <u>Brain/behavior changes and auditory training programs</u>. At Association for Research in Otolaryngology, St. Petersburg Beach, FL: (with J. Zhang, E. Hayes, T. Nicol, J. Cunningham, B. Wible, A. Bradlow and N. Kraus).

(2001). <u>Pattern masking deficits associated with dyslexia</u>. At Association for Research in Vision and Ophthalmology, Monterey, CA. (with R. Bowen and B. Wright).

(2001). <u>Auditory processing and neural plasticity in response to auditory-perceptual training in children with learning problems</u>. At Association for Research in Otolaryngology, St. Petersburg Beach, FL: (with E. Hayes, B. Wible, and N. Kraus).

(2002). <u>Audiovisual integration of speech in children with learning disabilities: The McGurk effect.</u> At Association for Research in Otolaryngology, St. Petersburg Beach, FL: (with E. Hayes, K. Tiippana, M. Sams and N. Kraus).

(2002). <u>Patterns of cortical hemispheric asymmetry to speech sounds in normal and learning-impaired children.</u> At Association for Research in Otolaryngology, St. Petersburg Beach, FL. (with D. Abrams, T. Nicol and N. Kraus).

(2002). <u>Long-term perceptual and neurophysiological changes following auditory training in children with learning problems</u>. At Cognitive Neuroscience Annual Meeting, San Francisco, CA. (with E. Hayes and N. Kraus).

(2003) <u>Encoding of speech sounds in quiet and background noise in the brainstem: Normal and learning-impaired children</u>. At Association for Research in Otolaryngology, Daytona Beach, FL. (with N. Russo, G. Musacchia, T. Nicol and N. Kraus).

(2003) <u>Learning problems, delayed perceptual development and puberty</u>. Acoustical Society of America, 145th Meeting,  Nashville, TN. (with B. Wright and M. Reid).

(2003). The relationship between auditory processing and academic achievement. At American Speech-Language Hearing Association, Chicago. IL.

(2003). Normal and learning-impaired children's brainstem response to speech. At American Speech-Language Hearing Association, Chicago. IL. (with G.A. Musacchia, N. Russo, T. Nicol, & N. Kraus).

(2003). Training of learning impaired children: Cognitive, perceptual and physiologic change. At American Speech-Language Hearing Association, Chicago. IL. (with E. Hayes, D. Abrams, T. Nicol, C. Warrier & N. Kraus).

(2003). Delayed perceptual development and auditory-based learning disabilities. At American Speech-Language Hearing Association, Chicago. IL. (with B. Wright and M. Reid).

(2004). Brainstem timing in learning disabled children with excessive auditory backward masking. At Association for Research in Otolaryngology, Daytona Beach, FL (with K. Johnson, T. Nicol, B. Wright & N. Kraus).

(2004). Auditory training improves neural timing in the human brainstem. At Association for Research in Otolaryngology, Daytona Beach, FL (with N. Russo, T. Nicol, E. Hayes & N. Kraus).

(2005). Speech evoked brainstem deficits in learning impaired children with poor temporal resolution. At American Audiological Society, Phoenix, AZ (with K. Johnson, T. Nicol & N. Kraus).

(2005) Cortical and cognitive consequences of brainstem timing deficits. At Association for Research in Otolaryngology, New Orleans, LA.

(2006) What can brainstem timing teach us about learning disabilities? At Association for Research in Otolaryngology, Baltimore, Maryland (with Banai, K., Russo, N, Nicol, T. &     Kraus, N.).

(2006) BioMAP: Neurotechnology for diagnosing and treating auditory processing disorders. At Learning Disabilities Association of America Annual Meeting, Jacksonville, Florida. (with Nicol, T. & Kraus, N.).

(2006).The integrity of the brainstem response in autism. At Society for Neuroscience, Atlanta, Georgia.(with Russo, N., Skoe, E., Bradlow, A., Trommer, B. & Kraus, N).

(2007). Developmental changes in the temporal and spectral encoding of speech in early childhood. At International Evoked Response Audiometry Study Group, Bled, Slovenia. (with Johnson, K.L. and Kraus, N.).

(2007). Brainstem encoding of acoustic characteristics of voiced stop consonants. At American Auditory Society, Scottsdale, Arizona. (with Johnson, K.J., Skoe, E. & Kraus, N).

(2007). Primary and non-primary cortical encoding of the speech envelope: Implications for neural representation and perception in humans. At Association for Research in Otolaryngology Midwinter Meeting, Denver, Colorado. (with Abrams, D., Nicol, T., Hartmann, M. and Kraus, N.).

(2007) Gestural influences on spatial representation in children with learning disabilities. At Midwestern Psychological Association Annual Meeting, Chicago, Illinois (with Meyer, A.).

(2008) BioMAP: A biological marker of auditory processing. At the Department of Otolaryngology, Ramathibodi Hospital, Mahidol University, Bangkok Thailand.

(2008) Effects of classroom Edulink use on neural and behavioral function. At the American Speech-Language Hearing Association Meeting, Chicago, February. (with J. Hornickel and N. Kraus).

(2008)  <u>Reading and subcortical auditory function</u>.  At 10th Annual International Conference on Cognitive Neuroscience, Bodrum, Turkey, July. (with K. Banai et al).

(2008)  <u>The Audition Toolbox</u>.  At Building the NIH Toolbox: Research in Cognitive, Motor, Emotion and Sensation Function, Bethesda, MD, October.

(2009)  <u>Behavioral audiograms measured in humans using a multipurpose instrument.</u>  At Association for Research in Otolaryngology Midwinter Meeting, Baltimore, MD, February. (with Abel, R. et al).

(2009)  <u>Brainstem encoding of speech and noise and its relationship to reading and listening in Noise.</u>  Association for Research in Otolaryngology Midwinter Meeting, Baltimore, MD, February. (with Hornickel, J. et al).

(2009)  Reading and auditory processing: A biological perspective.  At American Auditory Society, Scottsdale, AZ, March.  (with Hornickel, J. et al.).

(2009)  <u>Identifying relationships among neural measures using reading and structural equation modeling</u>.  At 13th Annual Research Forum, Northwestern University, Evanston, IL, September. (with J. Hornickel et al.).

(2009) The NIH Toolbox and the Assessment of Auditory Function.  At the American Speech-Hearing-Language Association, New Orleans, Louisiana, November.

(2010)  Identifying relationships among neural responses to speech, hearing speech in noise, and reading using structural equation modeling. 2010 MidWinter Meeting for the Association for Research in Otolaryngology, Anaheim, CA, March. (with J. Hornickel et al.)

(2010)  Subcortical neural markers of reading and speech-in-noise impairments in children.  2010 Society for the Scientific Study of Reading, Berlin, Germany, July. (with J. Hornickel, et al)

(2011)  Classroom FM System Use and Reading Disorders: Biological and Learning Outcomes at 18th Annual Meeting of the Society for the Scientific Study of Reading. St. Pete Beach, FL, August (with J. Hornickel and N. Kraus).

(2011)  FM System Use Impacts Reading Skills and Neural Function.  Presented at 15th Annual CSD Research Forum, Evanston, September (with J. Hornickel and N. Kraus).

(2011)  Adults with ADHD and Remembering the Future.  Presented at 15th Annual CSD Research Forum, Evanston, September (with D. Karidi).

(2012) Prospective Memory, Aging and ADHD.  Presented at Cognitive Aging Conference, Atlanta, GA, April (with D. Karidi and P. Rendell).

(2013)  Adults with ADHD, Prospective Memory and Executive Function. Presented at ADHD Worldwide, Tel Aviv, Israel, February (with D. Karidi and P. Rendell).

(2013)  The NIH Toolbox Measures of Hearing: Initial Norming Data.  Presented at American Auditory Society, Scottsdale, AZ, February (with H. Hoffman, J. Dubno and 10 others).

(2013) The NIH Toolbox Measures of Hearing:  Normative Data. Presented at the American Speech-Language-Hearing Association Conference, Chicago, IL, November (with J. Griffith, R. Wilson and 10 others).

(2013)  Prospective Memory Error Type of Adults with and without ADHD.  Presented at Psychonomic Society Annual Meeting, Toronto, Ontario, Canada (with D. Karidi and P. Rendell).


**RESEARCH IN PROGRESS**

Griffith, J., Warrier, C., Zecker, S.G., Siegel, J., & Dhar, S. Psychometric analyses of the

Hearing Handicap Inventory for Adults-Screening Version: An item response theory/confirmatory factor analysis. Article under revision.

Zecker, S. and Trinh, J. Extended time accommodations requested and received on the GED: Too much time on their hands?

## COMMITTEES: DEPARTMENT AND UNIVERSITY

| | |
|---|---|
| 1985-1988 | Member, Communication Sciences and Disorders Basic Science Committee. |
| 1985-1999 | Member, Communication Sciences and Disorders Aging Committee. |
| 1985-2003 | Member, Communication Sciences and Disorders Computer Committee. |
| 1992-2012 | Member, Communication Sciences and Disorders Curriculum Committee (Chair, 1994-1996 and 2002-2004) |
| 1991-1996 | Member, School of Speech Honors Convocation Committee |
| 1992-present | Member, University Parking and Traffic Committee (Chair, 1994-2002) |
| 1998-1999 | Member, Evanston Campus Planning Committee |
| 2001-2005 | Member, School of Communication Facilities Committee |
| 2004-2010 | Member, Communication Sciences and Disorders Doctoral Education Committee (Chair 2006-2008) |
| 2005 | Member, Strategic Planning Committee |
| 2006-present | Member, University Services Advisory Committee |
| 2010-2014 | Member, Speech, Language and Learning Program Committee |
| 2011-2014 | Member, Speech, Language and Learning Clinic Committee |
| 2013-2015 | CSD Clinic Space Planning Committee |
| 2014 | Member, School of Communication Faculty Innovations Small Grants Committee |
| 2014-present | Member, Communication Sciences and Disorders PhD Program Committee |
| 2014-present | Member, University Senate |

## PROFESSIONAL MEMBERSHIPS

Learning Disabilities Association of America

International Dyslexia Association

Children and Adults with Attention Deficit Disorder

Midwest Neuropsychology Group

Midwestern Psychological Association

Professionals in Learning Disabilities

Fellow, International Association for Research in Learning Disabilities

American Auditory Society

December 6, 2016 - 10

Society for the Scientific Study of Reading

**COURSES TAUGHT**

Information Processing and Learning Disabilities (Spring and Summer 1986-1988, Spring 1991)

Psychological and Educational Evaluation in Learning Disabilities (Fall 1985-1988, 1990-2009)

Advanced Statistics (Spring 1986-2000, 2003-8)

Experimental Design in Communicative Disorders (Winter 1986-2000, 2006-2008)

School-Age Diagnostic Clinic (Winter 1986-1999)

Brain and Cognition (Spring and Summer, 1989; Spring 1998)

Development and Disorders of Mathematics (Summer 1990-1991, 1993, 1995-2000, 2004, 2006, 2008; Spring 1992, 1994, 2001, 2003, 2005, 2007, 2009; Winter 2011-2016)

Attention Deficit Disorder and Related Behavior Disorders (Summer 1992-2015)

Advanced Seminar on Attention (Fall 1994)

Psychoeducational Assessment and Testing Principles (Fall 1985-1997, 2001-2009)

Diagnostic Procedures for Exceptional Children (Fall 1998-2000, 2008-2009)

Processes and Pathologies of Human Communication (Winter 1996-98, 2004-2006, 2012-2015)

Foundations of Research in Learning Disabilities (Winter 2001-2002)

Experimental and Theoretical Aspects of Learning Disabilities (Spring 2001-2002)

Nature and Measurement of Intelligence (Spring 2000, 2002, Winter 2004, 2006)

Research Procedures in Communication Sciences & Disorders (Winter 2005-2009, Fall 2010-2011)

Introduction to Learning Disabilities (Winter 2009-2016)

Diagnostic and Remedial Procedures for Children with Learning Disabilities (Fall 2010-2012)

Language Disorders Overview (Winter 2013-2015)

Language Disorders (Spring 2012-2014)

Statistics in CSD (Fall 2013-15)


**DISSERTATION COMMITTEES: CHAIRED**

| 1989 | Karen Hux | Performance on Selected Measures of Linguistic and Verbal Problem Solving Skills Following Severe Closed Head Injury. |
|------|-----------|------------|
| 1991 | Randy Partridge | Individual Differences in the Neuropsychology of Reading. |
| 1991 | Nancy Smith | Self-Concept in College Students with Learning Disabilities. |
| 1993 | Donald Compton | The Effect of Word Frequency and Orthographic Redundancy on Word Recognition of Children Who are Good and Poor Readers. |

| | | |
|---|---|---|
| 1993 | Charise Mita | Acquisition of Event Knowledge by Young Children: Effects of Differential Exposure and Elicitation Procedures. |
| 1994 | Mark Driscoll | The Development of an Objective Assessment Tool for Attention Deficit Disorder |
| 1994 | Liane Grayson | Lexical Representation and Access: What do We Do with Compounds? |
| 1997 | Jane Drueck | Conceptual Understanding and Solution Procedures for Double-Digit Addition and Subtraction in Average Math Achievers, Low Math Achievers, and Low Math Achievers at Risk for Learning Disabilities. |
| 1999 | Hsiu-Fei Lee | Factors Influencing Early Computational Skills in Taiwanese Children with Average and Below Average Achievement in Mathematics. |
| 2001 | Cynthia Dupuy | The Role of Working Memory and Transcription Automaticity in Written Language Among Adolescents with Learning Disabilities: A Comparison of Production by Hand and by Computer |
| 2001 | Victor Chang | The Assessment of Attention/Deficit Hyperactivity Disorder: An Investigation of Diagnostic Practice and Specific Areas of Concern Across Health Care Providers |
| 2002 | Sarah Valliath | The Efficacy of a Computer-Based Phonological Awareness Training Program: Effects on Phonological Awareness, Reading and Spelling |
| 2012 | Frank van Santen | Cognitive Processing Profiles of School-Age Children who Meet Low-Achievement, IQ-Discrepancy, or Both Criteria for Underachievement in Basic Reading Skills. |
| 2012 | Diane Morean | Effects of Semantic Weight on Verb Recognition and Retrieval in Aphasia: Implications for the Lexical Conceptual Structure of Verbs. |
| 2012 | Daphne Sajous-Brady | African-American English and Reading Achievement: The Relationships Among Dialect Awareness, Dialect Shifting and Reading Development. |
| 2013 | Daniella Karidi | The Effects of Task Features and Executive Functioning on Prospective Memory Performance of Adults with ADHD |
| 2014 | Saja Jamjoom | Story Reading and Literary Arabic Vocabulary Acquisition in Kindergartners |

## OTHER UNIVERSITY ACTIVITIES

| | |
|---|---|
| 1985-2011 | Member, Program in Language and Cognition |
| 2002-2011 | Member, Cognitive Science Program |

| | |
|---|---|
| 2003-2009 | Program Head, Language and Cognition |
| 1986-1989 | Program Coordinator, Human Communication Sciences |
| 1989-1992 | Faculty Associate, Communications Residential College |
| 1991-1999 | Faculty Advisor, Human Communication Sciences |
| 1992-1999 | Faculty Associate, Willard Residential College |
| 2002-2011 | Coordinator, Professional Concentration in Learning Disabilities |
| 1992-2004 | Chair, University Parking and Traffic Committee |
| 2012-present | Member, University Parking and Traffic Committee |
| 2015-present | Member, University Faculty Senate |

## OTHER PROFESSIONAL ACTIVITIES

| | |
|---|---|
| 1995-1996 | Grant reviewer, National Science Foundation, Instrumentation and Laboratory Improvement Competition, Arlington, VA. |
| 1996, 1998 | Grant reviewer, National Science Foundation, Course and Curriculum Development Competition, Arlington, VA. |
| 1998-2005 | Board of Professional Advisors, Cognitive Concepts, Inc., Evanston, Illinois. |
| 2001, 2003 | Grant Reviewer, International Dyslexia Association Grant Program. |
| 2002-present | Editorial Review Board, Learning Disabilities: Research and Practice |
| 2003-present | Disabilities Consultant, National Board of Medical Examiners, Philadelphia, PA |
| 2006-present | Disabilities Consultant, Association of American Medical Colleges, Washington, DC |
| 2007-present | Professional Board of Advisors, The Hyde Park Day Schools, Chicago and Northbrook, IL |
| 2010-present | Disabilities Consultant, GED Testing, American Council on Education, Washington, DC |
| 2013-2015 | Research Director, Camp STAR, Highland Park, IL |
| 2015-present | Disabilities Consultant, National Board of Osteopathic Medical Examiners, Chicago, Illinois |

December 6, 2016 - 13