# TAB A

# Benjamin J. Lovett, Ph.D.

Benjamin.Lovett@cortland.edu

**Work Address:**
Department of Psychology
SUNY Cortland
PO Box 2000
Cortland, NY 13045
607-753-2040 (office)
607-753-5738 (fax)

**Current Appointments:**
>Associate Professor of Psychology, SUNY Cortland, Cortland, NY
>Adjunct Professor of Psychology, Syracuse University, Syracuse, NY

**Licensure:**
>Psychologist (New York State) – License #020865

**Education:**
>Ph.D. in School Psychology, 2007
>Syracuse University, Syracuse, NY
>(APA-Accredited Program)
>
>M.S. in Psychology, 2005
>Syracuse University, Syracuse, NY
>
>B.A. in Psychology, 2002, *summa cum laude*, with honors in psychology
>Minor in Educational Policy Studies
>Pennsylvania State University, University Park, PA

**Previous Academic and Clinical Appointments (selected):**
>*July 2007 – June 2014*
>>Associate Professor of Psychology (Tenured), Elmira College, Elmira, NY
>>(Assistant Professor of Psychology from July 2007 to June 2013)
>
>*August 2006 – June 2007*
>>Psychology Intern, Elmcrest Children's Center & Jamesville-DeWitt Schools
>
>*September 2005 – June 2006*
>>Psychology Extern, Jamesville-Dewitt Middle School
>
>*September 2003 – December 2005*
>>Senior Research Analyst, Dept. of Psychiatry, SUNY Upstate Medical University
>>(ADHD Clinic Coordinator, from 2003 to 2004)

*Summers 2000 - 2003*
  Instructional Staff, Center for Talented Youth, Johns Hopkins University
  (Instructor for 2003; Teaching Assistant from 2000 to 2002)

**Publications on Disability Diagnosis and Testing Accommodations:**

Lewandowski, L. J., Berger, C., **Lovett, B. J.,** & Gordon, M. (in press). Test-taking skills of high school students with and without learning disabilities. *Journal of Psychoeducational Assessment.*

**Lovett, B. J.,** Lewandowski, L. J., & Potts, H. E. (in press). Test-taking speed: Predictors and implications. *Journal of Psychoeducational Assessment.*

Wood, W. L. M., Lewandowski, L. J., **Lovett, B. J.,** & Antshel, K. M. (in press). Executive dysfunction and functional impairment associated with sluggish cognitive tempo in college students. *Journal of Attention Disorders.*

Wood, W. L. M., Potts, H. E., Lewandowski, L., & **Lovett, B. J.** (in press). Sluggish cognitive tempo and speed of performance. *Journal of Attention Disorders.*

**Lovett, B. J.,** & Spenceley, L. A. (2016). Use of the Woodcock-Johnson IV in the diagnosis of specific learning disabilities in adulthood. In D. P. Flanagan & V. C. Alfonso (Eds.), *WJ-IV clinical use and interpretation: Scientist-practitioner perspectives* (pp. 253-270). Cambridge, MA: Academic Press.

Lewandowski, L. J., Wood, W. L. M., & **Lovett, B. J.** (2016). Sluggish cognitive tempo in college students: Now you see it, now you don't. *ADHD Report, 24*(1), 1-5.

Gordon, M., Lewandowski, L. J., & **Lovett, B. J.** (2015). Assessment and management of ADHD in educational and workplace settings in the context of ADA accommodations. In R. A. Barkley (Ed.), *Attention-Deficit Hyperactivity Disorder: A handbook for diagnosis and treatment* (4th ed., pp. 774-794). New York: Guilford.

**Lovett, B. J.,** & Leja, A. M. (2015). ADHD symptoms and benefit from extended time testing accommodations. *Journal of Attention Disorders, 19,* 167-172.

**Lovett, B. J.,** & Lewandowski, L. J. (2015). *Testing accommodations for students with disabilities: Research-based practice.* Washington, DC: American Psychological Association Press. [Release Date: August 19, 2014]

**Lovett, B. J.,** Nelson, J. M., & Lindstrom, W. (2015). Documenting hidden disabilities in higher education: Analysis of recent guidance from the Association on Higher Education and Disability (AHEAD). *Journal of Disability Policy Studies, 26,* 44-53.

Nelson, J. M., **Lovett, B. J.,** & Lindstrom, W. (2015). Assessing, documenting, and accommodating ADHD in college students. *ADHD Report, 23*(6), 7-11.

Lewandowski, L. J., Lambert, T. L., **Lovett, B. J.,** Panahon, C., & Sytsma, M. (2014). College students' preferences for test accommodations. *Canadian Journal of School Psychology*, *29*, 116-126.

Lewandowski, L. J., & **Lovett, B. J.** (2014). The new *Diagnostic and Statistical Manual of Mental Disorders, DSM-5*: Implications for accommodations requests. *Bar Examiner*, *83*(1), 42-54.

Lewandowski, L. J., & **Lovett, B. J.** (2014). Learning disabilities. In E. J. Mash & R. A. Barkley (Eds.), *Child psychopathology* (3rd ed., pp. 625-669). New York: Guilford.

**Lovett, B. J.** (2014). Testing accommodations under the amended ADA: The voice of empirical research. *Journal of Disability Policy Studies*, *25*, 81-90.

**Lovett, B. J.,** & Hood, S. B. (2014). Comorbidity in child psychiatric diagnosis: Conceptual complications. In C. Perring & L. Wells (Eds.), *Diagnostic dilemmas in child and adolescent psychiatry* (pp. 80-97). New York: Oxford University Press.

Sparks, R. S., & **Lovett, B. J.** (2014). Learning disability documentation in higher education: What are students submitting? *Learning Disability Quarterly*, *37*, 54-62.

Harrison, A. G., **Lovett, B. J.,** & Gordon, M. (2013). Documenting disabilities in postsecondary settings: Diagnosticians' understanding of legal regulations and diagnostic standards. *Canadian Journal of School Psychology*, *28*, 303-322.

Lewandowski, L. J., Cohen, J., & **Lovett, B. J.** (2013). Effects of extended time allotments on reading comprehension performance of college students with and without learning disabilities. *Journal of Psychoeducational Assessment*, *31*, 326-336.

Lewandowski, L. J., Gathje, R. A., **Lovett, B. J.,** & Gordon, M. (2013). Test-taking skills in college students with and without ADHD. *Journal of Psychoeducational Assessment*, *31*, 41-52.

**Lovett, B. J.** (2013). The science and politics of gifted students with learning disabilities: A social inequality perspective. *Roeper Review*, *35*, 136-143.

**Lovett, B. J.** (2013). Who needs more time (on tests)? *Better: Evidence-Based Education*, *5*(3), 14-15.

**Lovett, B. J.,** & Leja, A. (2013). Students' perceptions of testing accommodations: What we know, what we need to know, and why it matters. *Journal of Applied School Psychology*, *29*, 72-89.

**Lovett, B. J.,** & Sparks, R. S. (2013). The identification and performance of gifted students with learning disabilities: A quantitative synthesis. *Journal of Learning Disabilities, 46*, 304-

316.

Sparks, R. S., & **Lovett, B. J.** (2013). Applying objective diagnostic criteria to students in a college support program for learning disabilities. *Learning Disability Quarterly, 36,* 231-241.

**Lovett, B. J.** (2011). Extended time testing accommodations: What does the research say? *NASP Communiqué, 39*(8), 1, 14-15.

**Lovett, B. J.** (2011). Auditory processing disorder: School psychologist beware? *Psychology in the Schools, 48,* 855-867.

**Lovett, B. J.** (2011). On the diagnosis of learning disabilities in gifted students. *Gifted Child Quarterly, 55,* 149-151.

**Lovett, B. J.,** & Hood, S. B. (2011). Realism and operationism in psychiatric diagnosis. *Philosophical Psychology, 24,* 207-222.

**Lovett, B. J.,** & Johnson, T. L. (2011). The impact of presentation level on SCAN-A test performance. *Contemporary Issues in Communication Sciences and Disorders, 38,* 135-139.

Hood, S. B., & **Lovett, B. J.** (2010). Network models of psychopathology and comorbidity: Philosophical and practical considerations. *Behavioral and Brain Sciences, 33,* 159-160.

**Lovett, B. J.** (2010). Extended time testing accommodations for students with disabilities: Answers to five fundamental questions. *Review of Educational Research, 80,* 611-638.

**Lovett, B. J.,** Lewandowski, L. J., Berger, C. A., & Gathje, R. A. (2010). Effects of response mode and time allotment on college students' writing. *Journal of College Reading and Learning, 40*(2), 64-79.

**Lovett, B. J.,** Lewandowski, L. J., & Miller, L. (2010). Auditory processing disorder and ADHD: What's the relationship? *ADHD Report, 18*(3), 7-11.

**Lovett, B. J.,** & Sparks, R. S. (2010). Exploring the diagnosis of "Gifted/LD": Characterizing postsecondary students with learning disability diagnoses at different IQ levels. *Journal of Psychoeducational Assessment, 28,* 91-101.

Lewandowski, L. J., **Lovett, B. J.,** & Gordon, M. (2009). Measurement of symptom severity and impairment. In S. Goldstein & J. Naglieri (Eds.), *Assessment of impairment: From theory to practice* (pp. 5-14). New York: Springer.

**Lovett, B. J.,** Gordon, M., & Lewandowski, L. J. (2009). Measuring impairment in disability evaluations: Legal and ethical issues. In S. Goldstein & J. Naglieri (Eds.), *Assessment of impairment: From theory to practice* (93-103). New York: Springer.

Sparks, R. S., & **Lovett, B. J.** (2009). Objective criteria for classification of postsecondary students as learning disabled: Effects on prevalence rates and group characteristics. *Journal of Learning Disabilities, 42*, 230-239.

Sparks, R. S., & **Lovett, B. J.** (2009). College students with learning disability diagnoses: Who are they, and how do they perform? *Journal of Learning Disabilities, 42*, 494-510.

Lewandowski, L. J., **Lovett, B. J.,** Codding, R. S., & Gordon, M. (2008). Symptoms of ADHD and academic concerns in college students with and without ADHD diagnoses. *Journal of Attention Disorders, 12*, 156-161.

Lewandowski, L. J., **Lovett, B. J.,** & Rogers, C. L. (2008). Extended time as a testing accommodation for students with reading disabilities: Does a rising tide lift all ships? *Journal of Psychoeducational Assessment, 26*, 315-324.

Lewandowski, L. J., **Lovett, B. J.,** Parolin, R. A., Gordon, M., & Codding, R. S. (2007). Extended time accommodations and the mathematics performance of students with and without ADHD. *Journal of Psychoeducational Assessment, 25*, 17-28.

Gordon, M., Barkley, R. A., & **Lovett, B. J.** (2006). Tests and observational measures. In R. A. Barkley (Ed.), *Attention-Deficit Hyperactivity Disorder: A handbook for diagnosis and treatment*. (3rd ed., pp. 369-388). New York: Guilford.

Lewandowski, L. J., **Lovett, B. J.,** Gordon, M., & Antshel, K. M. (2006). The case for clinical impairment in the DSM-V criteria for ADHD. *ADHD Report, 14*(6), 8-16.

**Lovett, B. J.,** & Lewandowski, L. J. (2006). Gifted students with learning disabilities: Who are they? *Journal of Learning Disabilities, 36*, 515-527.

**Lovett, B. J.,** & Gordon, M. (2005). Test score discrepancies as a basis for the assessment of learning disabilities and ADHD. *ADHD Report, 13*(3), 1-4.

**Publications on Other Topics:**

**Lovett, B. J.** (in press). For balance in the historiography of psychology. *History of Psychology.*

Eckert, T. L., & **Lovett, B. J.** (2013). Principles of behavioral assessment. In D. H. Saklofske, C. R. Reynolds, & V. L. Schwean (Eds.), *Oxford Handbook of Child Psychological Assessment* (pp. 366-384). New York: Oxford University Press.

Jordan, A. H., **Lovett, B. J.,** & Sweeton, J. L. (2012). The social psychology of interracial interactions: Implications for culturally competent practice. *Journal of Multicultural*

*Counseling and Development, 40*, 132-143.

**Lovett, B. J.,** Jordan, A. H., & Wiltermuth, S. (2012). Individual differences in the moralization of everyday life. *Ethics and Behavior, 22*, 248-257.

Ferrier, D. E., **Lovett, B. J.,** & Jordan, A. H. (2011). Construct-irrelevant variance in achievement test scores: A social cognitive perspective. In L. E. Madsen (Ed.), *Achievement tests: Types, interpretations, and uses* (pp. 89-108). Hauppauge, NY: Nova Science.

Jordan, A. H., Monin, B., Dweck, C. S., **Lovett, B. J.,** John, O. P., & Gross, J. J. (2011). Misery has more company than people think: Underestimating the prevalence of others' negative emotions. *Personality and Social Psychology Bulletin, 37*, 120-135.

**Lovett, B. J.** (2011). The divorce of behavior analysis and psychology: Think of the children! *(APA) Division 25 Recorder, 39*(1), 4-6.

**Lovett, B. J.,** & Jordan, A. H. (2010). Levels of moralization: An alternative conception of moral sensitivity. *Journal of Moral Education, 39*, 175-189.

**Lovett, B. J.** (2009). The science of cheating: A psychologist's perspective. In T. Twomey, H. White, & K. Sagendorf (Eds.), *Pedagogy, not policing: Positive approaches to academic integrity at the university* (pp. 43-48). Syracuse, NY: Syracuse University Press.

**Lovett, B. J.,** & Eckert, T. L. (2009). Reinforcement sensitivity and responsiveness to performance feedback: A preliminary investigation. *Journal of Applied School Psychology, 25*, 204-219.

DiGennaro-Reed, F. D., & **Lovett, B. J.** (2008). Views on the efficacy and ethics of punishment: Results from a national survey. *International Journal of Behavioral Consultation and Therapy, 4*(1), 61-67.

Jordan, A. H., & **Lovett, B. J.** (2008). Self-theories of intelligence: Implications for school psychology. In D. H. Molina (Ed.), *School psychology: 21st century issues and challenges* (pp. 345-355). Hauppauge, NY: Nova Science.

Lewandowski, L. J., & **Lovett, B. J.** (2008). Introduction to neuropathology and brain-behavior relationships. In L. C. Hartlage & R. C. D'Amato (Eds.), *Essentials of neuropsychological assessment: Treatment planning for rehabilitation.* (2nd ed., pp. 31-55).

Mogle, J. A., **Lovett, B. J.,** Stawski, R. S., & Sliwinski, M. J. (2008). What's so special about working memory? An examination of the relationships between working memory, secondary memory, and fluid intelligence. *Psychological Science, 19*, 1071-1077.

Jordan, A. H., & **Lovett, B. J.** (2007). Stereotype threat and test performance: A primer for

school psychologists. *Journal of School Psychology, 45*, 45-59.

**Lovett, B. J.,** Eckert, T. L., Talge, N. M., & Akin-Little, K. A. (2007). Attachment intervention programs: Implications for school psychologists. *Journal of Early Child and Infant Psychology, 3*, 25-43.

**Lovett, B. J.,** & Sheffield, R. (2007). Affective empathy deficits in aggressive children and adolescents: A critical review. *Clinical Psychology Review, 27*, 1-13.

Eckert, T. L., **Lovett, B. J.,** Rosenthal, B. D., Jiao, J., Ricci, L. J., & Truckenmiller, A. J. (2006). Class-wide instructional feedback: Improving children's academic skill development. In S. V. Randall (Ed.), *Learning disabilities: New research* (pp. 167-185). Hauppauge, NY: Nova Science Publishers.

**Lovett, B. J.** (2006). The new history of psychology: A review and critique. *History of Psychology, 9*, 17-37.

**Lovett, B. J.** (2005). A defense of prudential moralism. *Journal of Applied Philosophy, 22*, 159-168.

**Lovett, B. J.,** & Jordan, A. H. (2005). Moral values, moralism, and the 2004 presidential election. *Analyses of Social Issues and Public Policy, 5*, 165-175.

Akin-Little, K. A., Eckert, T. L., **Lovett, B. J.,** & Little, S. G. (2004). Extrinsic reinforcement in the classroom: Bribery or best practice? *School Psychology Review, 33*, 343-361.


**Book, Film, and Test Reviews (selected):**

**Lovett, B. J.** (in press). Review of the book *Psychological and psychoeducational assessment of deaf and hard of hearing children. Journal of Psychoeducational Assessment.*

**Lovett, B. J.** (2013, January). Review of the film *The D Word. The School Psychologist.*

**Lovett, B. J.,** & Johnson, T. L. (2010). Review of the test *SCAN-3. Journal of Psychoeducational Assessment, 28*, 603-607.

**Lovett, B. J.** (2010, April 13). Review of the book *Treating ADHD and comorbid disorders. Metapsychology Online Reviews, 14*(15).

**Lovett, B. J.** (2007, March 27). Review of the book *The Last normal child: Essays on the intersection of kids, culture, and psychiatric drugs. Metapsychology Online Reviews, 11*(13).

**Lovett, B. J.** (2007). Review of the book *Values in psychiatric diagnosis. Philosophical Psychology, 20*, 139-142.

Lovett, B. J. (2005). Review of the book *Assessment for intervention*. *NASP Communiqué, 34*(4), 13

**Invited Talks (selected):**

Lovett, B. J. (2017, October). "Time Limits and Testing: Multiple Perspectives." Keynote address to be given at the Time Limits and Testing Conference, Philadelphia, PA.

Lovett, B. J. (2017, March). "Test Anxiety: Assessment, Documentation, Accommodations?" Invited talk to be given at the High-Incidence Disabilities in Higher Education conference, Toronto, ON.

Lovett, B. J. (2016, October). "Psychoeducational Assessment: An Integrated Clinical-Forensic Perspective." Invited talk to be given at the Southern Ontario Regional Assessment and Resource Centre, Kingston, ON.

Lovett, B. J. (2016, May). "Testing Accommodations: From Research to Practice." Invited talk given at Academics West, New York, NY.

Lovett, B. J. (2016, May). "The Science and Ethics of Testing Accommodations." Invited talk given at the Masters School, Dobbs Ferry, NY.

Lovett, B. J. (2016, March). "Testing Accommodations for Students with Disabilities: Research-Based Practice." Invited talk, given with L. J. Lewandowski, at the Fayetteville-Manlius Central School District, Fayetteville, NY.

Lovett, B. J. (2016, March). "Developments in Testing Accommodations Research: A Year in Review." Invited talk given at the Association of American Medical Colleges, Washington, DC.

Lovett, B. J. (2015, November). "Putting the History of Psychology into Introductory Psychology." Invited talk given to Syracuse University Project Advance, New York, NY.

Lovett, B. J. (2015, October). "Testing Accommodations for Students with Disabilities: Research-Based Practice." Invited talk, given with L. J. Lewandowski, at the convention of the New York Association of School Psychologists, Verona, NY.

Lovett, B. J. (2015, October). "Testing Accommodations for People with Disabilities: Research-Based Practice." Clinician's Corner Webinar, given at the headquarters of the American Psychological Association, Washington, DC.

Lovett, B. J. (2015, August). "Testing Accommodations for People with Disabilities: Research-Based Practice." Continuing Education Workshop, with L. J. Lewandowski, given at the convention of the American Psychological Association, Toronto, ON.

**Lovett, B. J.** (2015, March). "Testing Accommodations for Students with High-Incidence Disabilities: Research Informing Practice." Invited talk given to the Department of Counseling and Educational Psychology, University at Albany, SUNY, Albany, NY.

**Lovett, B. J.** (2015, March). "Extended Time Requests on the MCAT: The Need for Rigorous Review." Invited talk given at the American Association of Medical Colleges, Washington, DC.

**Lovett, B. J.** (2014, August). "Testing Accommodations for Students with Disabilities: Research-Based Practice" Continuing Education Workshop, with L. J. Lewandowski, given at the convention of the American Psychological Association, Washington, DC.

**Lovett, B. J.** (2013, November). "Should Medical Licensure Exams Be Timed?" Invited talk given at the National Board of Medical Examiners, Philadelphia, PA.

**Lovett, B. J.** (2013, November). "The Advantages and Disadvantages of Timed Tests." Invited talk given at the Research Advisory Forum of the National Board of Osteopathic Medical Examiners, Conshohocken, PA.

**Lovett, B. J.** (2013, May). "Auditory Processing Disorders: From Research to Practice: The View from School Psychology." Invited talk given to the National Centre for Audiology, London, Ontario.

**Lovett, B. J.** (2013, April). "Learning Disabilities and the Use of Expert Consultants." Invited talk given (with Dr. Lawrence Lewandowski) to the National Conference of Bar Examiners, Boston, MA.

**Lovett, B. J.** (2012, October). "The Science of Testing Accommodations for Students with Disabilities." Invited talk given to the Psychology Department at Suffolk University, Boston, MA.

**Lovett, B. J.** (2012, August). "Testing Accommodations: From Research to Practice." Invited talk to be given at the meeting of the College Board's Office of Services for Students with Disabilities, Seattle, WA.

**Lovett, B. J.** (2012, May). "Classroom Management: A Behavioral Perspective." Invited talk to student-teachers currently in school-based practica at Elmira College, Elmira, NY.

**Lovett, B. J.** (2012, May). "Testing Accommodations for Students with Disabilities: Research-Based Practice." Invited talk at the conference High-Incidence Disabilities in Higher Education: Current Issues and Best Practices, Toronto, ON.

**Lovett, B. J.** (2012, March). "The Psychology of Accomplishment." Invited talk given to the Elmira College Chapter of Phi Beta Kappa, Elmira, NY.

**Lovett, B. J.,** & Sparks, R. S. (2011, December). "Gifted Students with Learning Disabilities: Implications for Testing Accommodations." Invited talk given to the National Board of Medical Examiners, Philadelphia, PA.

**Lovett, B. J.** (2011, April). "The Science and Ethics of Accommodating Employees with Psychiatric Disabilities." Invited talk given at the Tuck School of Business, Dartmouth College, Hanover, NH.

**Lovett, B. J.** (2010, October). "Diagnosing Learning Disabilities in Postsecondary Students." Invited talk given to the Southern Ontario Regional Assessment and Resource Centre, Huntsville, Ontario.

**Lovett, B. J.,** & Sparks, R. S. (2009, November). "Gifted Students with Learning Disabilities: Current Concepts and Controversies." Invited talk at the Test Agencies Disability Forum, Educational Testing Service, Princeton, NJ.

**Lovett, B. J.,** & Johnson T. L. (2009, October). "Auditory Processing Disorder: An Applied Primer for School Psychologists." Invited talk to the Psychology Department, Syracuse University, Syracuse, NY.

**Lovett, B. J.** (2007, March). "Testing Accommodations for Students with Disabilities: Asking the Hard Questions." Presentation to the Jamesville-DeWitt School District, Jamesville, NY.

**Lovett, B. J.** (2005, November). "Putting Statistics into Introductory Psychology: Activities that Work." Presentation to Syracuse University's Project Advance, New York, NY.

**Lovett, B. J.** (2005, October). "Direct Observation: The Royal Road to Child Psychiatric Diagnosis?" Presentation at Child Psychiatry Grand Rounds, Department of Psychiatry, SUNY Upstate Medical University, Syracuse, NY.


**Refereed Conference Presentations (selected):**

Johnson, T., **Lovett, B. J.,** & Dillmuth-Miller, S. (2016, November). Attitudes towards noise exposure: CSD vs. non-CSD students. Poster presented at the convention of the American Speech-Language-Hearing Association, Philadelphia, PA.

**Lovett, B. J.,** & Nelson, J. M. (2016, June). Test anxiety: Assessment, Documentation, and Management. Paper presented at the University of Connecticut Center for Postsecondary Education and Disability Postsecondary Training Institute, Philadelphia, PA.

Wood, W., Lewandowski, L. J., & **Lovett, B. J.** (2016, February). Contrasting the impairment profiles of sluggish cognitive tempo and ADHD. Poster presented at the convention of the National Association of School Psychologists, New Orleans, LA.

**Lovett, B. J.,** Drymond, M., & Vita, L. (2015, March). Determinants of college students' time

needed to complete a test. Poster presented at the convention of the Eastern Psychological Association, Philadelphia, PA.

Potts, H. E., Lewandowski, L. J., & **Lovett, B. J.** (2015, February). Can we predict time needed on a reading comprehension test? Poster presented at the convention of the National Association of School Psychologists, Orlando, FL.

Potts, H. E., Wood, W. L., Lewandowski, L. J., & **Lovett, B. J.** (2015, February). Does sluggish mean slower test performance? A pilot study. Poster presented at the convention of the National Association of School Psychologists, Orlando, FL.

Spielberger, S., Lewandowski, L. J., **Lovett, B. J.**, & Potts, H. E. (2015, February). Effects of expressive writing on test anxiety and classroom tests. Poster presented at the convention of the National Association of School Psychologists, Orlando, FL.

Wood, W. L., Lewandowski, L. J., & **Lovett, B. J.** (2014, February). Impairment and executive functioning associated with sluggish cognitive tempo. Poster presented at the convention of the National Association of School Psychologists, Washington, DC.

Sparks, R. S., & **Lovett, B. J.** (2013, November). Examining documentation and applying objective diagnostic criteria to college students in a learning disability support program. Paper presented at the Convention of the International Dyslexia Association, New Orleans, LA.

Leja, A. M., & **Lovett, B. J.** (2013, February). Extended time testing accommodations: Do ADHD symptoms matter? Poster presented at the convention of the National Association of School Psychologists, Seattle, WA.

Johnson, T. L., **Lovett, B. J.**, Widen, S., & Amsterdam, R. (2012, March). Attitudes towards hearing protection among U.S. college students. Poster presented at the convention of the Pennsylvania Speech-Language-Hearing Association, Lancaster, PA.

Lewandowski, L., **Lovett, B. J.**, Panahon, C. J., Lambert, T., & Systma, M. R. (2012, February). Test accommodation preferences in college students. Poster presented at the convention of the National Association of School Psychologists, Philadelphia, PA.

**Lovett, B. J.**, Fredericks, D., Leja, A., & Sparks, R. S. (2012, February). Gifted students with learning disabilities: A quantitative synthesis. Poster presented at the convention of the National Association of School Psychologists, Philadelphia, PA.

Sparks, R. S., & **Lovett, B. J.** (2011, November). The identification and performance of gifted students with learning disabilities: A quantitative synthesis. Poster presented at the convention of the International Dyslexia Association, Chicago, IL.

Johnson, T. L., **Lovett, B. J.**, Kingman, R., & Cronin, C. (2010, November). The measurement of auditory processing: Does presentation level affect performance? Poster presented at

the convention of the American Speech-Language-Hearing Association, Philadelphia, PA.

Lovett, B. J., & Johnson, T. L. (2010, March). Auditory processing disorder: A role for the school psychologist. Paper presented at the convention of the National Association of School Psychologists, Chicago, IL.

Cohen, J. A., Lewandowski. L. J., & Lovett, B. J. (2010, March). Differences between extended time allotments for learning disabled college students. Poster presented at the convention of the National Association of School Psychologists, Chicago, IL.

Hendricks, K., Lewandowski, L. J., & Lovett, B. J. (2010, March). The use of Testtracker for students with ADHD. Poster presented at the convention of the National Association of School Psychologists, Chicago, IL.

Lovett, B. J., & Hood, S. B. (2009, November). Realism and operationism in psychiatric diagnosis. Paper presented at the convention of the Florida Philosophical Association, Gainesville, FL.

Lovett, B. J., Ells, L., & Lewandowski, L. J. (2008, November). Why do you think you need extra time? Poster presented at the convention of the New York Association of School Psychologists, Rochester, NY.

Berger, C., Lewandowski, L. J., Lovett, B. J., Gathje, R. A., & Cohen, J. A. (2008, February). Writing on a computer: No longer a testing accommodation. Poster presented at the convention of the National Association of School Psychologists, New Orleans, LA.

Lovett, B. J., Lewandowski, L. J., Kleinmann, A. E., & Rogers. C. R. (2007, March). Testing accommodations for students with disabilities: From research to practice. Symposium presented at the convention of the National Association of School Psychologists, New York, NY.

Berger, C., Gathje, R. A., Lewandowski, L. J., Lovett, B. J. (2007, March). Extended time and laptop format as accommodations for written language tests. Poster presented at the convention of the National Association of School Psychologists, New York, NY.

DiGennaro, F. D., & Lovett, B. J. (2006, May). Is punishment effective? Is it ethical? Views of ABA members. Poster presented at the convention of the Association for Behavior Analysis, Atlanta, GA.

Eckert, T. L., Lovett, B. J., & Jiao, J. (2006, March). Does performance feedback serve as reinforcement? Poster presented at the convention of the National Association of School Psychologists, Anaheim, CA.

Lewandowski, L. J., Sheffield, R., & Lovett, B. J. (2006, March). "Symptomatic" versus

"impaired": Which is more important in ADHD diagnosis? Paper presented at the convention of the National Association of School Psychologists, Anaheim, CA.

Lewandowski, L. J., Parolin, R., **Lovett, B. J.,** & Gordon, M. (2006, March). Effects of extended time on math performance for students with ADHD. Poster presented at the convention of the National Association of School Psychologists, Anaheim, CA.

**Lovett, B. J.,** & Lewandowski, L. J. (2005, March). The gifted/learning disabled child: A critique of current assessment practices. Poster presented at the convention of the National Association of School Psychologists, Atlanta, GA.

**Lovett, B. J.,** & Stawski, R. S. (2004, November). Ergodicity in psychoeducational assessment. Paper presented at the Gardner Conference on Measurement and Statistics, Auburn, NY.

**Lovett, B. J.,** & DiGennaro, F. D. (2004, May). Punishment and aversive interventions, 1980-2000: Change and continuity. Poster presented at the convention of the Association for Behavior Analysis, Boston, MA.

**Courses Taught:**

*Undergraduate Level*
Introductory Psychology
Abnormal Psychology
Child Psychopathology
Personality Psychology
Health Psychology
History and Systems of Psychology
Psychological Testing
Research Methods in Psychology
Educational Psychology
Psychology of Children with Exceptionalities
Psychology of Learning
Applied Behavior Analysis
Introduction to School Psychology
Psychology of Intelligence and Creativity
Seminar: The Psychology of Moral Judgment
Seminar: Great Experiments in Psychology
Seminar: Controversies in Child Psychopathology
Applying Research Methods in Psychology: ADHD
Supervised Research Experience in Psychology
Interdisciplinary Freshman Core Course: Order & Chaos

*Graduate Level*
Statistics in Educational Research
Applied Behavior Analysis

History and Systems of Psychology

**Masters Thesis Committee Service:**
Kaitlin Hendricks (Syracuse University, 2010)
Justin Cohen (Syracuse University, 2010)
Whitney Wood (Syracuse University, 2013)
Stephanie Spielberger (Syracuse University, 2015)
Heather Potts (Syracuse University, 2016)

**Doctoral Dissertation Committee Service:**
Mara Jane Schutz (University of NewCastle, 2008)
Kaitlin Hendricks (Syracuse University, 2013)
Laura Miller (Syracuse University, 2014)
Whitney Wood (Syracuse University, 2015)

**Editorial Review Work:**

Editorial board member, *Journal of Psychoeducational Assessment* (2007 - Present)

Editorial board member, *Journal of School Psychology* (2011 - 2014)

Ad-hoc reviewer for:
   *American Educational Research Journal*
   *Canadian Journal of School Psychology*
   *Clinical Psychology Review*
   *Educational Assessment*
   *European Journal of Psychology of Education*
   *High Ability Studies*
   *History of Psychology*
   *Journal of Adolescence*
   *Journal of Applied School Psychology*
   *Journal of Attention Disorders*
   *Journal of Behavioral Education*
   *Journal of Business Ethics*
   *Journal of Child and Family Studies*
   *Journal of Learning Disabilities*
   *Journal of Social and Clinical Psychology*
   *Neuropsychology*
   *Psychological Science*
   *Research in Developmental Disabilities*
   *Roeper Review*
   *School Psychology Review*

Textbook reviewer/consultant for:
   McGraw-Hill Higher Education

Page 14

Sage Publications
John Wiley Publishers
Worth Publishers
*Choice* (academic library acquisitions service)

**Service to the Profession:**

Conference proposal reviewer, New York Association of School Psychologists (2006)

Assessment Consultant, ARC of Chemung County, NY (2007 - 2014)

Grant Reviewer, Netherlands Organisation for Scientific Research, (2014)

Grant Reviewer, Michigan State University (2016)

**Institutional Service:**
At SUNY Cortland (2014-)
Psychology Department Assessment Committee (2016 - )
Sherlach Scholarship Award Committee (2016 - )
Psychology Department Curriculum Committee (2014 - 2016)
Efficiencies Advisory Committee (2016)
Psychology Department Writing-Intensive Course Committee (2015 - )
Psychology of Children with Exceptionalities Committee (2014 -)
Chair, Clinical Psychology Faculty Search Committee (2014 - 2015)
Member, Applied Psychology Faculty Search Committee (2014)
Ad Hoc Committee on the 25th Anniversary of the ADA (2014 - )

At Elmira College (2007-2014)
Co-Advisor, Elmira College Chapter of Psi Chi (2009 - 2010)
Co-Chair, Human Research Review Board, Elmira College (2008 - 2014)
Teacher Education Advisory Group, Elmira College (2007 - 2009)
Faculty Development Committee, Elmira College (2008 - 2010; Chair, 2009 - 2010)
Academic Assessment Committee, Elmira College (2008 - 2011)
Advising Committee, Elmira College (2012 – 2014)
Psychology Faculty Search Committee, Internal Member (2008 - 2009)
Nursing Faculty Search Committees, Outside Member (2010, 2012, 2013)
Criminal Justice Search Committee, Outside Member (2012)
Education (Literacy) Search Committee, Outside Member (2012)
Reviewer of Tenure-Track Faculty:
      2008-2009 – Dr. Megan Kennedy, 1st year review
      2009-2010 – Dr. Christopher Terry, 1st year review
      2010-2011 – Dr. Lauren Shaw, 3rd year review
      2013-2014 – Dr. Mark Pinter, 3rd year review

**Awards, Grants, and Honors:**

<u>At SUNY Cortland (2014-)</u>
Faculty Development Center Small Grant, 2014, 2016
Teaching Innovation Grant, 2015
College Assessment Committee Grant, 2015
UUP Individual Development Award Grant, 2016

<u>At Elmira College (2007-2014)</u>
Summer Faculty Development Research Grant, 2009, 2010, 2011, 2012
Honorary Inductee (student-elected), Phi Eta Sigma National Honor Society, 2009
Psi Chi Faculty Advisor Research Grant, 2010
Journal of School Psychology Editorial Appreciation Award, 2013
Joseph Stein Junior Faculty Prize, 2013

<u>At Syracuse University (Ph.D. student, 2002-2007)</u>
University Fellowship Award, 2002-2003 and 2005-2006
Psychology Department Allport Research Grant, 2004, 2005
College of Arts and Sciences Creative Project Award, 2005
Syracuse University Outstanding Teaching Award, 2005

<u>At the Pennsylvania State University (undergraduate student, 1998-2002)</u>
Induction into Psi Chi, National Honor Society for Psychology, 2000
3rd Place Prize, Social Science Division, Undergraduate Research Fair, 2001
Induction into Phi Beta Kappa, 2002