# EXHIBIT 3

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

JUSTIN SILVERMAN )
)
)          Civil Action No. 2:16-cv-03686-RMG
Plaintiff, )
)
vs. )
)
NATIONAL BOARD OF MEDICAL )
EXAMINERS )
)
Defendant. )
_____ )

## NON-CONFIDENTIAL INDEX OF DOCUMENTS TO BE FILED UNDER SEAL

The Plaintiff, Justin Silverman, submits this non-confidential index of documents he requests this Court to file under seal as follows:

1.      Report of Thomas B. Danforth, Ph.D., clinical neuropsychologist, consisting of nine pages of diagnoses and medical testing results.

2.      "Testing Report" performed by Shantee Foster, Ph.D. and Alice Q. Libet, Ph.D. consisting of ten pages of medical results.

1