# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| JUSTIN SILVERMAN | ) | |
| | ) | |
| | ) | Civil Action No. 2:16-cv-03686-RMG |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| NATIONAL BOARD OF MEDICAL EXAMINERS | ) | |
| | ) | |
| Defendant. | ) | |

## CERTIFICATION OF COMPLIANCE WITH LOCAL RULE 5.03

The Plaintiff's Counsel, Timothy Lewis, Certifies that Plaintiff has complied with Local Rule 5.03 in the filing of the Reply to Defendant's Opposition to his Motion to Seal. This certification is filed with the understanding that the Court may deem compliance with Rule 5.03 unnecessary due to the nature of the documents Plaintiff requests this Court seal.

All of which is respectfully submitted.

S/Timothy O. Lewis
Allan R. Holmes, Federal I.D. #1925
Cheryl H. Ledbetter, Federal I.D. #11446
Timothy O. Lewis, Federal I.D. #9864
Suite 110, 171 Church Street
Charleston, South Carolina 20401
Phone: (843) 722-0033
Facsimile: (843) 722-0114

ATTORNEYS FOR PLAINTIFF

December 15, 2016
Charleston, South Carolina

1