# EXHIBIT 5

Confidential Information to be Submitted to Court in Connection with Motion to Seal

(19 pages)