# Exhibit 1

| | |
|---|---|
| STATE OF SOUTH CAROLINA ) | IN THE DISTRICT COURT |
| ) | FOR THE DISTRICT OF SOUTH CAROLINA |
| COUNTY OF CHARLESTON ) | CA No. 2:16-cv-03686-DCN |
| ) | |
| Justin R. Silverman, ) | |
| ) | |
| Plaintiff, ) | **SECOND AFFIDAVIT OF** |
| ) | **JUSTIN R. SILVERMAN** |
| vs. ) | |
| ) | |
| National Board of Medical Examiners ) | |
| ) | |
| Defendant. ) | |

PERSONALLY appeared before me, Justin R. Silverman who, first being duly sworn, says:

1. I am Justin Silverman and give this affidavit of my own free will and accord. I have reviewed the Response in Opposition to Defendant's Motion to Dismiss filed on my behalf in the matter, *Justin Silverman v. National Board of Medical Examiners*, U.S. District Court for the District of South Carolina, Charleston Division, CA No. 2:16-cv-03686-DCN.

2. I first registered to take the United States Medical Licensing Examination ("USMLE") Step 1 Exam in a testing center located in Savannah, Georgia.

3. I do not intend to take the USMLE Step 1 in Savannah, Georgia any longer. I now desire to take the USMLE Step 1 Exam in a testing center located in South Carolina.

4. I first submitted my request for reasonable accommodation on the USMLE Step 1 Exam to the National Board of Medical Examiners ("NBME") on

1

March 7, 2016 by sending my application packet to the NBME as required.

5. Subsequently, throughout the months of March through August of 2016, I exchanged email correspondence with representatives at the NBME's Disability Services regarding my pending request for accommodation on the exam. My representations to the NBME are truthful to the best of my knowledge, information, and belief.

6. I retained counsel in August 2016 for the purpose of obtaining an accommodation from the NBME on the USMLE Step 1 Exam.

7. In order to secure a scheduling permit I have been required to register for the USMLE Step I exam as though I do not have a disability as defined under the Americans with Disabilities Act 1990 ("ADA"). I registered for this exam on December 14, 2016.

8. I am informed and believe that should I not be permitted to take the USMLE Step I Exam with reasonable accommodation it is very likely that I would be dismissed from MUSC medical school and this would result in irreparable injury to my future prospects in becoming a physician.

Further your affiant sayeth naught.

_____
Justin R. Silverman

SWORN to before me this 14th

day of December, 2016
_____
Notary Public for South Carolina

My Commission Expires: March 18, 2023



Whitney D. Fields
NOTARY PUBLIC
State of South Carolina
My Commission Expires
March 18, 2023

3