# Exhibit 2

## Allan Holmes

| | |
|---|---|
| From: | disabilityservices@nbme.org |
| Sent: | Wednesday, August 31, 2016 1:58 PM |
| To: | jsilverman.boston@gmail.com |
| Cc: | Allan Holmes |
| Subject: | Step 1- Status Update |
| Attachments: | SilvermanSTEP1Dec20160726091627.pdf |

Dear Mr. Silverman,

A decision in regards to your request for Step 1 has been reached. Attached, please find a PDF copy of your decision letter.

If you would like a hard copy of your decision mailed to you via standard mail, please let me know.

The standard permit which was made available to you on August 10th is valid until October 31st. As a courtesy, we can extend your eligibility period for your current scheduling permit until November 30, 2016. Please let me know as soon as possible if you would like for us to extend your eligibility period for you.

If you have any additional questions please feel free to contact us.

Sincerely,

Erin Convery
Senior Disability Services Specialist
National Board of Medical Examiners
3750 Market Street
Philadelphia, PA 19104-3102
TEL: 215-590-9700
FAX: 215-590-9422
Email: disabilityservices@nbme.org

This email message and any attachments may contain privileged and/or confidential business information and are for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please notify the sender immediately by reply email and destroy all copies of the original message and any attachments.

-----
No virus found in this message.
Checked by AVG - www.avg.com
Version: 2016.0.7924 / Virus Database: 4664/13421 - Release Date: 11/16/16 Internal Virus Database is out of date.