# Exhibit 3

## Allan Holmes

| | |
|---|---|
| From: | disabilityservices@nbme.org |
| Sent: | Monday, November 14, 2016 6:16 PM |
| To: | jsilverman.boston@gmail.com |
| Cc: | Allan Holmes |
| Subject: | Step 1 |
| Attachments: | SilvermanSTEP1RecDec20161114103232.pdf |

Dear Mr. Silverman,
Attached is a pdf of our letter in reply to your attorney's letter of September 30, 2016. Hard copy of the attached will be sent via USPS First Class to your address of record and to your attorney.

Sincerely,
Catherine Farmer, Psy.D.
Director Disability Services
ADA Compliance Officer, Testing Programs NBME

This email message and any attachments may contain privileged and/or confidential business information and are for the sole use of the intended recipient(s). Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please notify the sender immediately by reply email and destroy all copies of the original message and any attachments.

-----
No virus found in this message.
Checked by AVG - www.avg.com
Version: 2016.0.7859 / Virus Database: 4664/13408 - Release Date: 11/14/16

1