# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# CHARLESTON DIVISION

| | |
|---|---|
| **JUSTIN SILVERMAN,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**NATIONAL BOARD OF MEDICAL** )<br>**EXAMINERS,** )<br>)<br>**Defendant.** )<br>) | **Case No. 2:16-cv-3686-DCN** |

## NBME'S OPPOSITION TO PLAINTIFF'S MOTION
## FOR LEAVE TO FILE SUPPLEMENTAL DECLARATION

Subsequent to briefing and oral argument, Plaintiff on December 21, 2016 filed a motion for leave to file another declaration in support of his motion for a preliminary injunction. See ECF # 24. Plaintiff filed additional attachments to this motion on December 22, 2016, ECF #25, and the motion was modified by another filing on December 27, 2016.

Because the Court has denied Plaintiff's motion for a preliminary injunction, see ECF # 26 (December 22, 2016), Plaintiff's motion to file a supplemental declaration should be denied as moot.

- 2 -

Dated: January 4, 2017                    Respectfully submitted,


/s/ SUE ERWIN HARPER
Sue Erwin Harper
Fed. ID No. 737
**Nelson Mullins Riley & Scarborough LLP**
Liberty Center, Suite 600
151 Meeting Street
Charleston, SC 29401
Tel: 843.534.5200
Fax: 843.534.8700
corky.harper@nelsonmullins.com

Counsel for Defendant NBME