# EXHIBIT A

## 2019 Match: General Surgery

     

Brielle Gerry — University of Virginia
Rory Guenther — University of North Dakota
Bryce Lambert — Oregon Hlth. & Sci. Univ.
John Lucas — Virginia Commonwealth
G. Tyler Rives — University of Arkansas
Christopher Thomas — The Brody SOM at ECU

## 2019 Match: Integrated Surgery

### Cardiothoracic Surgery    Vascular Surgery    Plastic Surgery

  

Walker Blanding — MUSC
Tyler Buckley — USF Health Morsani
Jenna Thuman — University of Virginia

## 2019 Match: Preliminary Interns


Matthew Baker
Univ. of Pikeville (KY)
Coll. of Osteo. Med.
Surgery


Marc Camilon
MUSC
Surgery


Blake Castillo
St. George's Univ. SOM
Surgery


Elizabeth Durante
MUSC
Surgery


Jonathan Isley
MUSC
Surgery


Lauren Jutras
MUSC
Surgery


Edward Kelly
University of Queensland
Surgery


Zain Lalani
CA Northstate Univ.
Surgery


David Mann
Alabama Coll. of Osteo. Med.
Surgery


Elliott Mappus
MUSC
Surgery


Charmee Mehta
MUSC
Surgery


Alexandria Panuccio
MUSC
Surgery


Douglas Roberts-Wolfe
MUSC
Surgery


Justin Silverman
MUSC
Surgery