IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | | |
|---|---|---|
| JUSTIN SILVERMAN, | ) | C/A No.: 2:16-cv-3686 DCN |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| NATIONAL BOARD OF MEDICAL EXAMINERS, | ) ) | |
| | ) | |
| Defendant. | ) ) | |

It appearing to the court that plaintiff's claim is now moot, it is therefore

**ORDERED** that the above captioned case is hereby **DISMISSED.**

**AND IT IS SO ORDERED.**

_____
David C. Norton
United States District Judge

March 11, 2020
Charleston, South Carolina